Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

____Civil Rights____ Division

FILED
OCT - 8 2025
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Stephen Frederick Ense )  Case No. 1:25cv1718
) (to be filled in by the Clerk's Office)
)
)
*Plaintiff(s)* )
*(Write the full name of each plaintiff who is filing this complaint.* ) Jury Trial: *(check one)* ☐ Yes ☑ No
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
-v- )
)
British Airways PLC, Huntleigh Aviation, Younis )
Abdelrahman )
)
)
)
)
*Defendant(s)* )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names.)* )

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Stephen Frederick Ense |
| Street Address | 546 Ridgeley Rd. |
| City and County | Woodstock |
| State and Zip Code | VA 22664 |
| Telephone Number | 540-233-0193 |
| E-mail Address | stephen_ense@hotmail.com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | British Airways, PLC |
| Job or Title (if known) | |
| Street Address | 11 W 42nd St. floor 24 |
| City and County | New York |
| State and Zip Code | NY 10036 |
| Telephone Number | 800-828-8144 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Huntleigh Aviation |
| Job or Title (if known) | |
| Street Address | 1 Saarinen Circle, Arrivals Door 1 |
| City and County | Dulles Airport |
| State and Zip Code | VA 20166 |
| Telephone Number | 703-572-6050 |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | Younis Abdelrahman |
| Job or Title (if known) | baggage handler, Huntleigh Aviation |
| Street Address | 1603 Becontree Lane # 3B |
| City and County | Reston |
| State and Zip Code | VA 20190 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Air Carrier Access Act, civil rights for handicapped travelers, violated by British Airways Department of Transportation, #382.151 thru -382.153 (d) "You remain responsible for your contractors' with this part and for enforcing the assurances in your contracts with them." and (e) "It is not a defense against an enforcement action by the Department under this part that your noncompliance resulted from action or inaction by a contractor."

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1) At Dulles Airport on October 9, 2023, I went to check in to a British Airways flight to Rome through Heathrow. In violation of the Air Carrier Access Act for handicapped travelers personnel at the check in desk insisted I could not take my wheelchair/walker to the door of the plane, where it should be stowed, then returned to me upon deplaning. They insisted my wheelchair be checked. They told me "If you don't check this walker, you may never see it again." This left me without my needed assistance upon arrival at Heathrow, an enormous airport. After going through security no help or wheelchair were provided to get me to my next flight, causing me to spend four agonizing hours sitting on the floor and trying to hobble along to my connection. Upon arrival in Rome, my wheelchair/walker was missing at the baggage carousel, and I finally found it sitting in the middle of nowhere. (See attached for claims 2 and 3.)

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I request damages in the amount of $2.7 million - $2 million from British Airways, $600,000 from Huntleigh Aviation and $100,000 from Mr. Abdelrahman.

Federal Claim, Stephen Ense additional statement of claim

1) At Dulles Airport on October 9, 2023, I went to check in to a British Airways flight to Rome through Heathrow. In violation of the Air Carrier Access Act for handicapped travelers personnel at the check in desk insisted I could not take my wheelchair/walker to the door of the plane, where it should be stowed, then returned to me upon deplaning. They insisted my wheelchair be checked. They told me "If you don't check this walker you may never see it again." This left me without my needed assistance upon arrival at Heathrow, an enormous airport. After going through security no help or wheelchair were provided to get me to my next flight, causing me to spend four agonizing hours sitting on the floor and trying to hobble along to my connection. Upon arrival in Rome, my wheelchair/walker was missing at the baggage carousel and I finally found it sitting in the middle of nowhere.

2) On my return flight, they did the same thing. Because I was required to check my device, it was not with me when I deplaned at Dulles. After gathering my bags at the international bag carousel, I did not see it. When I went looking for it, I spotted it on top of a baggage cart being pushed by Mr. Abdelrahman, employee of Huntleigh Aviation. When I tried to claim my wheelchair, he refused to give it to me, another violation of law. When I insisted, he pushed me, I pushed him back and was then arrested and charged with misdemeanor assault and battery. In my long life I have never been accused of a crime. This has caused grave harm to my reputation and well-being. I lost my Trusted Traveler pass, which is very important to me and makes travel difficult.

3) In subsequent conversation with Michael Roberts, manager of British Airways at Dulles Airport, he stated that they were not responsible for the baggage handler's actions. Also, I received a letter from BA stating that the baggage handler "could not release" my medical property to me, and that is why he did not. Then I received a communication from Carol O'Rourke of BA customer relations stating that "their employee could not release my medical equipment to me." And later on, when I received legal documents from the British Airways baggage handler's lawyers, they stated that "he could not release my property, the medical equipment, to me." Every one of these statements clearly indicates that everyone, from airline employees to lawyers, is ignorant of the laws protecting handicapped travelers or have forgotten their training about how to treat handicapped travelers. But according to the DoT training rules, cited here, not knowing the law is no defense for anyone involved.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/8/2025

Signature of Plaintiff: *Stephen F. Ense*
Printed Name of Plaintiff: Stephen F. ENSe

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address